UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 0 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,  )
                           )
                           )
                           )
    v.                     )     **Criminal No. 11-0070 (ESH)**
                           )     **UNDER SEAL**
WILVER LOPEZ,              )
                           )
          Defendant.       )
                           )

## ORDER

In a hearing before Magistrate Judge Facciola on March 17, 2011, defendant Wilver

Lopez entered a plea of guilty. On that date, the magistrate judge issued a Report and

Recommendation advising the Court to accept defendant's plea. The Court has received no

objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file

for consideration by the district judge written objections to the magistrate judge's proposed

findings and recommendations . . . within fourteen (14) days after being served with a copy

thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge

and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 31, 2011